UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PROGRESSIVE AMERICAN INSURANCE COMPANY and PROGRESSIVE SELECT INSURANCE COMPANY,**

    Plaintiffs,

v.                                       Case No: 5:17-cv-370-Oc-39PRL

**EMANUEL ANDERSON, as Personal Representative of the ESTATE OF MICHELLE ANDERSON, et al.**

    Defendants.

## ORDER

In light of the Court's recommendation (Doc. 40) that this case be dismissed for lack of subject matter jurisdiction, Defendant's motion for sanctions (Doc. 14), Defendant's motion to compel (Doc. 32), and Plaintiff's motion for protective order (Doc. 36) are **DENIED without prejudice** to the right of any party to renew the motions if necessary following resolution by the District Judge of Defendant's motion to dismiss for lack of subject matter jurisdiction (Doc. 25).

**DONE** and **ORDERED** in Ocala, Florida on May 9, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties